# IN THE SUPREME COURT OF THE STATE OF NEVADA

AIRMOTIVE INVESTMENTS, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,

          Appellant,

vs.

BANK OF AMERICA, N.A., A
NATIONAL BANKING ASSOCIATION;
RIO VISTA HOMEOWNERS
ASSOCIATION; AND ABSOLUTE
COLLECTION SERVICES, LLC,

          Respondents.

No. 77856

FILED

JUL 29 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant's unopposed motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b). Each party shall bear its own fees and costs.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Mark R. Denton, District Judge
       Janet Trost, Settlement Judge
       Roger P. Croteau & Associates, Ltd.
       Akerman LLP/Las Vegas
       Boyack Orme & Anthony
       Cox Law, LLC
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-27594